Brandon WATSON, Plaintiff-Appellant,

v.

CITY OF ABERDEEN; Aberdeen Police Department; PFC. Raul Fosmark; Detective John Divel; CPL. Craig Gentile; Harry Fredrick Budnick; Officer Thaddeus Tomlinson, Defendants-Appellees.

No. 16-1573

United States Court of Appeals, Fourth Circuit.

Submitted: November 18, 2016

Decided: November 29, 2016

Jay Fred Cohen, Law Offices of Jay Fred Cohen, Baltimore, Maryland, for Appellant. Daniel Karp, Karpinski, Colaresi & Karp, P.A., Baltimore, Maryland, for Appellees.

Before MOTZ, SHEDD, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Watson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watson v. Aberdeen, No. 1:15–cv–00307–JKB, 2016 WL 1625970 (D. Md. Apr. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED